UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D'ANDRE LETRAY GLASPY,<br><br>                         Plaintiff,<br><br>       vs.<br><br>KING COUNTY; AARON THOMPSON; MARYLISA PRIEBE-OLSON; JOHN PAVLOVICH; GEORGE IRELAND; BRIAN TAYLOR; ZACHARY BRUBAKER; NICOLE YARID; RICHARD HARRUFF; AND THE CITY OF SEATAC.<br><br>                       Defendants. | )<br>)<br>)<br>)<br>)  No. 2:26-cv-00869-RSM<br>)<br>)<br>)  STIPULATED MOTION AND ORDER<br>)  AMENDING BRIEFING SCHEDULE<br>)  ON DEFENDANTS' PENDING<br>)  MOTIONS<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATED MOTION**

COME NOW the parties, by and through the undersigned attorneys of record, and hereby jointly move the Court for an order amending the briefing schedule on Defendants' pending motions.

Defendants have filed two pre-answer motions in this case, both noted without oral argument for June 30, 2026: A motion for partial dismissal pursuant to Fed. R. Civ. P. 12(b)(6) was filed on May 22, 2026 [Dkt. No. 14], and a motion for summary judgment on Plaintiff's state law

STIPULATED MOTION AND ORDER AMENDING BRIEFING
SCHEDULE ON DEFENDANTS' PENDING MOTIONS - 1

claims was filed on May 26, 2026 [Dkt. No. 15].

Presently, LCR(d)(4) mandates that Plaintiff's response to the motion for partial dismissal is due on June 12, 2026, with Defendants' reply due on June 19, 2026. Meanwhile, Plaintiff's response to the summary judgment motion is due on June 16, 2026, with Defendants' reply due on June 23, 2026. The parties respectfully seek an amended briefing schedule for the following reasons:

Defendants are represented by two attorneys of record. Senior DPA Andrei Nedelcu has vacation scheduled out of the country between June 8 to June 19, 2026, during which time he will not have access to e-mail or a work computer. Arrangements for this trip were made in January of this year, prior to Plaintiff filing the instant lawsuit. Senior DPA Carla Carlstrom officially rotated to the Criminal Division of the King County Prosecuting Attorney's Office less than three weeks ago and anticipates remaining on this case to the extent possible, but must prioritize the needs of her current role. Ms. Carlstrom has been assigned a full caseload of cold-case homicides that require significant evidentiary review and consultation with law enforcement.

Plaintiff's responses to Defendants' pending motions are due while Mr. Nedelcu will be travelling internationally and Ms. Carlstrom is not certain to have adequate time to review the pleadings, providing little practical utility for Defendants even if Plaintiff complies with the existing deadlines. Similarly, Defendants' replies are due either during Mr. Nedelcu's vacation or within two business days after he returns to work, with the same limitations impacting Ms. Carlstrom's availability to work on this case. These circumstances substantially hinder Defendants' ability to meaningfully reply to Plaintiff's responsive briefing under existing deadlines.

Accordingly, the parties jointly request that the Court impose an amended briefing schedule in this case as follows:

STIPULATED MOTION AND ORDER AMENDING BRIEFING
SCHEDULE ON DEFENDANTS' PENDING MOTIONS - 2

- Defendants' Motion for Partial Dismissal [Dkt. No. 14]:

  o Plaintiff's response <u>due no later than June 19, 2026</u>

  o Defendants' reply <u>due no later than June 30, 2026</u>

- Defendant's Motion for Summary Judgment [Dkt. No. 15]:

  o Plaintiff's response <u>due no later than June 19, 2026</u>

  o Defendants' reply <u>due no later than June 30, 2026</u>

The relief sought by the parties is appropriate to secure the just determination of this proceeding and, if granted, will result in more cogent, thoughtful briefing to assist the Court in ruling on Defendants' pending motions.

*The parties certify that this stipulated motion contains 472 words, in compliance with the Local Civil Rules.*

DATED this 3rd day of June, 2026.

*Presented by:*

LEESA MANION (she/her)                          LOEVY & LOEVY
King County Prosecuting Attorney

/s/ Andrei Nedelcu                                      /s/ David B. Owens
ANDREI NEDELCU, WSBA #51202          DAVID B. OWENS, WSBA #53856
CARLA B. CARLSTROM, WSBA #27521    c/o Civil Rights and Justice Clinic
Senior Deputy Prosecuting Attorneys      University of Washington Law School
701 Fifth Avenue, Suite 600                     William H. Gates Hall, Suite 265
Seattle, WA 98104                                     E-mail: david@loevy.com
Telephone: (206) 477-1872                       *Attorney for Plaintiff*
E-mail: Andrei.Nedelcu@kingcounty.gov
E-mail: Carla.Carlstrom@kingcounty.gov
*Attorneys for Defendants*

STIPULATED MOTION AND ORDER AMENDING BRIEFING
SCHEDULE ON DEFENDANTS' PENDING MOTIONS - 3

**ORDER**

Good cause having been shown, the Court hereby modifies the briefing deadlines applicable to Defendants' pending motions under LCR(d)(4) as follows:

- Defendants' Motion for Partial Dismissal [Dkt. No. 14]:

    o   Plaintiff's response shall be <u>due no later than June 19, 2026</u>

    o   Defendants' reply shall be <u>due on June 30, 2026</u>

- Defendant's Motion for Summary Judgment [Dkt. No. 15]:

    o   Plaintiff's response shall be <u>due on June 19, 2026</u>

    o   Defendants' reply shall be <u>due on June 30, 2026.</u>

SO ORDERED.


DATED this 10th day of June, 2026.


_____

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER AMENDING BRIEFING
SCHEDULE ON DEFENDANTS' PENDING MOTIONS - 4